United States District Court of the Southern District of Mississippi

La'Brandon K. Grace

v.

District Attorney Kassie Coleman for Kemper County Circuit Court, individually and in their Official Capacities

Civil Action
No 3:25-cv-303-CWR-ASH
COMPLAINT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 29 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

## I. JURISDICTION & VENUE

1. This is a Civil Action Authorized by 42. U.S.C. Section 1983 to redress the deprivation under Color of States law, of rights secured by the Constitution of the United States. The Court has Jurisdiction Under 28. U.S.C. Section 1331 and 1343 (A)(3). The Court has Supplemental Jurisdiction Over Plaintiff State law Claims Under 28 U.S.C. Section 1367. Plaintiff seek declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Grace Claims for injunctive relief are Authorized by 28. U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Circuit Court of Kemper County Mississippi is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this Claim occurred.

## II. PLAINTIFF

3. La'Brandon K. Grace is and was at all time mentioned herein a Prisoner of the State of Mississippi. As a Citizen of the State of Mississippi Meridian MS. 39307

## III. DEFENDANTS

4. Defendants Kassie Coleman District Attorney P.O. Box 5772 Meridian, MS. 39302.

2. DA

5. At all time mentioned herein this Complaint, Kassie Coleman the defendant, Acted as this District Attorney for the State and held the rank as the Prosecutor in that State... Ask

## IV. FACTS..

1. Plaintiff was false Charged and false accused, false indicted off false accusation of Co-defendant without the Authority of law

2. April 23rd 2018 District Attorney Kassie Coleman dismissed Conspiracy against Plaintiff after Grace had been Violated and sent to State Prison and had served 32 months without the Authority of law

3. Plaintiff Grace and Family and Kids suffered humiliation by Plaintiff being all over the local News being accused of false accusation without the Authority of law

4. Prosecutor used fabricated and misrepresented evidence to indict the Plaintiff Grace for false Charge without the Authority of law

5. Plaintiff suffered emotional, Psycological, and Physical harm as well, without the Authority of law

## V. LEGAL CLAIMS

6. Plaintiff was wronsfully accused Charge, without the Authority of law

7. Plaintiff Suffered 32 months of Pain and suffering without the Authority of law

3. DA

## VI. PRAYER FOR RELIEF

8. WHEREFORE, Plaintiff Grace respectfully Pray that this Court enter Judgment:

9. Granting Plaintiff Grace a declaration that the Acts and Omissions described herein violate his right Under Constitution and laws of the United States, and

10. Granting Plaintiff Compensatory damages in the of 750.000 for loss of liberty, For Physical distress, for emotional distress, for Public humiation, For injury to reputation, for injury to family relationship, for loss of living room set, for loss of Bedroom Set, for loss of Kitchen Sets, for loss Clothes, for loss of Shoes, for injury to loss of my Fiancee, for the loss of my Kids, for the loss of my family, for the loss of Vehicles, For loss of Jewelry, For loss of earning, lost employment opportunities, for Unlawful Charges, without the Authority of law, for Unlawful detention, without the Authority of law, for defamation of Character for Slandering of my Name, For future damages, and for emotional injury, with the authority of law

11. Plaintiff Grace Seek Nominal damages in the Amount of 100. Against the defendants

12. Plaintiff Grace Seek Punitive damages in the Amount of 4.500.000 Against defendants, for unlawful accused of false Charge, Unlawful imprisonment from August 14th, 2015 to April 23rd 2018. A total of days imprisonment 960 days, For Physical discomfort incurred during this period, For Mental Suffering incurred
4.0A

during this Period. For humiliation distress during this Period. For emotional injury incurred during this Period. Family distress during this Period. For Physical abuse during this Period. For depression during this Period. For Malice loss of liberty and Prosecution, For loss of Jewelry, during this Period. For loss of drivers license. For loss of my animals during this Period. For Future Pain and Suffering from false arrest and false imprisonment injury to health. Mental depression, For injury to reputation from Public humiliation. loss of liberty, without the Authority of law

13. Grant Plaintiff a Jury trial on all issues triable by Jury.

14. Award Plaintiff the recovery of all costs of this action. including reasonable attorney's fee, as Provided by law.

15. Grant any and further relief as this Court deems Just Proper.

16. Plaintiff also Seek recovery of their costs in this suit, and Additional relief this Court deems Just, Proper and equitable

5.DA

Date 4-22- 2025.
Respectfully Submitted
La'Brandon K. Grace B-3 Bed #35
M.C.C.F P.O. Box 5188
Holly Springs, MS 38634

VERIFICATION:
I have read the foregoing Complaint and verify the Matter Alleged are true and Correct.

*La'Brandon Grace*

STATE OF MISSISSIPPI
COUNTY OF Tate

My Commission expires.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID# 494403 KASIE E. FIORE Commission Expires Feb. 6, 2029 TATE COUNTY]

SUBSCRIBED AND SWORN TO BEFORE ME THIS THE 22 day of April 2025

_____
NOTARY PUBLIC

6.DA